PETER GALLICHIO, PLAINTIFF-PETITIONER, v. CARMEN GUMINA, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Jack Pincus, Mr. Ernest Gross* and *Mr. George J. Shamy* for the petitioner.

*Mr. Morris Spritzer* for the respondent.

October 10, 1955.

CATHERINE HYLANDER, PETITIONER-RESPONDENT, v. COMMERCIAL ENCLOSE FUSE COMPANY OF NEW JERSEY, RESPONDENT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Robert C. Gruhin, Mr. Bernard Pearlman* and *Mr. Morris Eidelstein* for the respondent.